lee, elmer edward v. state 




 NO. 12-02-00375-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CRAIG THARP,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS







MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed for want of jurisdiction. Appellant was convicted of the
offense of driving while intoxicated, and punishment was imposed in open court on February 22,
2001. Thereafter, Appellant timely filed a motion for new trial. Consequently, Appellant's notice
of appeal was due on May 23, 2001. Tex. R. App. P. 26.2(a)(2). However, Appellant filed his notice
of appeal on December 17, 2002. After receiving notice from this court that his notice of appeal was
untimely, Appellant filed a motion requesting an extension of time to file his notice of appeal.

 Appellant's December 17, 2002 notice of appeal is untimely, which leaves us without
jurisdiction over the appeal. Furthermore, this court has no authority to allow the late filing of a
notice of appeal except as provided by Rule 26.3. See Slaton v. State, 981 S.W.2d 208, 210 (Tex.
Crim. App. 1998) (per curiam); Olivo v. State, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996); Boyd
v. State, 971 S.W.2d 603, 605-06 (Tex. App.- Dallas 1998, no pet.). Consequently, Appellant's
motion for extension of time is denied, and this appeal is dismissed for want of jurisdiction. 

Opinion delivered January 8, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.


(DO NOT PUBLISH)